# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUESENFELD GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-1194-JFM |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ASCEND ELEMENTS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on March 27, 2024, upon the following attorneys of record as indicated below:

DEFENDANT ASCEND ELEMENTS, INC.'S CORE TECHNICAL PRODUCTION **[HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY]**

### VIA ELECTRONIC MAIL

Karen E. Keller
Emily S. DiBenedetto
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
edibenedetto@shawkeller.com

Jake M. Holdreith
Samuel J. LaRoque
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
JHoldreith@RobinsKaplan.com
SLaRoque@RobinsKaplan.com

Steven C. Carlson
ROBINS KAPLAN LLP
555 Twin Dolphin Drive, Suite 310
Redwood City, CA 94065
SCarlson@RobinsKaplan.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Andrew Gish<br>Ray Bilderbeck<br>Hilary Efron<br>Josef B. Schenker<br>GISH PLLC<br>41 Madison Avenue, Floor 31<br>New York, NY 10010<br>Tel: (212) 518-2000<br><br><br>Dated: March 28, 2024<br>11412883 / 23701.00001 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Andrew M. Moshos*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5730)<br>Andrew M. Moshos (#6685)<br>Malisa C. Dang (#7187)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>amoshos@potteranderson.com<br>mdang@potteranderson.com<br><br>*Attorneys for Defendant Ascend Elements, Inc.* |