IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DUESENFELD GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  23-1194-JFM |
| | ) | |
| ASCEND ELEMENTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF MICHAEL
MAUPIN PURSUANT TO RULE 30(B)(1)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Standing Orders and Local Rules for the District of Delaware, counsel for Plaintiff Duesenfeld GmbH in the above-captioned case hereby provides notice that it will take the deposition of Michael Maupin under oath before a certified court reporter. The deposition will be taken by remote video conferencing on **October 31, 2024** at **11:00 AM Eastern Time** and continue until completion.  This deposition will be taken before an officer qualified to administer oaths under the Federal Rules of Civil Procedure. Access credentials will be provided prior to the start of the deposition. The deposition will be recorded by stenographic means, audio recording, video recording and/or real-time transcription, and will continue day-to-day, weekends and legal holidays excluded, until completed. All parties are invited to attend and cross-examine.

<table>
<tr><td>

OF COUNSEL:
Steven C. Carlson
ROBINS KAPLAN LLP
555 Twin Dolphin Drive, Suite 310
Redwood City, CA 94065
(650) 784-4040

Jake M. Holdreith
Samuel J. LaRoque
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500

Travis K. Waller
ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
(212) 980-7441

Dated: October 3, 2024

</td><td>

*/s/ Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiff Duesenfeld GmbH*

</td></tr>
</table>