IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUESENFELD GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.  23-1194-JFM |
| | ) |
| ASCEND ELEMENTS, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DEPOSITION OF WOLWGANG<br>M. PENA PURSUANT TO RULE 30(B)(1)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Standing Orders and Local Rules for the District of Delaware, counsel for Plaintiff Duesenfeld GmbH in the above-captioned case hereby provides notice that it will take the deposition of Wolfgang M. Pena under oath before a certified court reporter. The deposition will be taken by remote video conferencing on **October 29, 2024** at **11:00 AM Eastern Time** and continue until completion.  This deposition will be taken before an officer qualified to administer oaths under the Federal Rules of Civil Procedure. Access credentials will be provided prior to the start of the deposition. The deposition will be recorded by stenographic means, audio recording, video recording and/or real-time transcription, and will continue day-to-day, weekends and legal holidays excluded, until completed. All parties are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL:<br>Steven C. Carlson<br>ROBINS KAPLAN LLP<br>555 Twin Dolphin Drive, Suite 310<br>Redwood City, CA 94065<br>(650) 784-4040<br><br>Jake M. Holdreith<br>Samuel J. LaRoque<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>(612) 349-8500<br><br>Travis K. Waller<br>ROBINS KAPLAN LLP<br>1325 Avenue of the Americas, Suite 2601<br>New York, NY 10019<br>(212) 980-7441<br><br>Dated: October 3, 2024 | /s/ Emily S. DiBenedetto<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Plaintiff Duesenfeld GmbH* |