**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DUESENFELD GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-1194-JFM |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ASCEND ELEMENTS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF INTENT TO REDACT**

Defendant Ascend Elements, Inc., by and through its undersigned counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, hereby submits its Notice of Intent to Redact from the January 7, 2025 Motion Hearing transcript (D.I. 144) in the above-captioned action.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Andrew Gish
Ray Bilderbeck
Josef B. Schenker
Conor McDonough
Darlena Subashi
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
Tel: (212) 518-2000

By: */s/ Andrew M. Moshos*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew M. Moshos (#6685)
Malisa C. Dang (#7187)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
amoshos@potteranderson.com
mdang@potteranderson.com

Dated: January 13, 2025
11982279 / 23701.00001

*Attorneys for Defendant Ascend Elements, Inc.*