IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUESENFELD GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1194-JFM |
| | ) |
| ASCEND ELEMENTS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit redacted versions of D.I. 120, 121, 123, and 124 is extended through and including January 17, 2025.

| | |
|---|---|
| /s/ Emily S. DiBenedetto | /s/ Andrew M. Moshos |
| Karen E. Keller (No. 4489) | David E. Moore (No. 3983) |
| Emily S. DiBenedetto (No. 6779) | Bindu A. Palapura (No. 5730) |
| SHAW KELLER LLP | Andrew M. Moshos (No. 6685) |
| I.M. Pei Building | Malisa C. Dang (No. 7187) |
| 1105 North Market Street, 12th Floor | POTTER ANDERSON & CORROON LLP |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| (302) 298-0700 | 1313 N. Market Street |
| kkeller@shawkeller.com | Wilmington, DE 19801 |
| edibenedetto@shawkeller.com | (302) 984-6000 |
| *Attorneys for Plaintiff Duesenfeld GmbH* | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Dated: January 13, 2025 | amoshos@potteranderson.com |
| | mdang@potteranderson.com |
| | *Attorneys for Defendant Ascend Elements, Inc.* |

SO ORDERED this __14th__ day of __January__, 2025.

_____
Honorable John F. Murphy
UNITED STATES DISTRICT JUDGE